*In the matter of Mary A. Glover and others, infants.* J. Rhoades, for petitioner. Application by the general guardian of infants to have another person appointed special guardian to sell the real estate of infants, denied; on the ground that no reason was shown why the general guardian should not herself become the special guardian; and because it is improper to have two guardianships of an infant at the same time, inasmuch as it would subject the property of the infants to the double expense of two separate accounts.

*In the matter of the petition of the Bank of Orleans v. Stephen G. Austin, receiver of the Commercial Bank of Buffalo.* O. L. Barbour, for petitioners; J. Rhoades, for the receiver. Application for the allowance of a claim against the property and effects of the Commercial Bank of Buffalo, denied; on the ground that the time for presenting claims to the receiver as fixed by the order of the court, had expired more than two years before this claim was presented, and that no excuse was given for not presenting it before.

*Jacob Brindernagle v. The Corporation of the German Reformed Church in the city of New-York et al.* D. M. Cowdrey, for the appellant; T. Hastings, for respondent. Order appealed from reversed and modified, without costs to either party as against the other.